12 So.3d 914 (2009)
In the Interest of D.W., E.W., D.W., E.W., E.M., and M.M., minor children.
A.G., Appellant,
v.
Department of Children and Family Services, and Guardian Ad Litem Program, Appellees.
Nos. 2D08-5327, 2D08-5328.
District Court of Appeal of Florida, Second District.
July 8, 2009.
Robert G. Hancock, Bartow, for Appellant.
Jeffrey Dana Gillen, West Palm Beach, for Appellee, Department of Children and Family Services.
Jennifer S. Paullin, Orlando, for Appellee, Guardian Ad Litem Program.
WHATLEY, Judge.
We treat the appeal in case number 2D08-5327, involving D.W., E.W., D.W., and E.W., as a petition for writ of certiorari and deny the petition. The appeal in case number 2D08-5328, involving E.M. and M.M., is affirmed.
ALTENBERND and KELLY, JJ., Concur.